UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CESAR EDUARDO CISNEROS RANGEL,<br>Petitioner,<br>v.<br>ICE FIELD OFFICE DIRECTOR,<br>Respondent. | CASE NO. C26-3677JLR<br>ORDER |

Before the court is Petitioner Cesar Eduardo Cisneros Rangel's application to proceed *in forma pauperis* ("IFP") in this 28 U.S.C. § 2241 habeas action. (IFP App. (Dkt. # 3).) Petitioner seeks release from immigration detention alleging his continued detention violates the due process clause of the Fifth Amendment. (*See* Prop. Pet. (Dkt. # 1) at 1.)

//

//

Because Petitioner demonstrates that he is unable to afford the $5.00 filing fee, the court GRANTS the IFP application (Dkt. # 3).

Dated this 22nd day of October, 2026.

JAMES L. ROBART
United States District Judge