UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CESAR EDUARDO CISNEROS RANGEL,<br><br>Petitioner,<br><br>v.<br><br>BRUCE SCOTT, et al.,<br><br>Respondents. | Case No. 2:26-cv-03677-TMC<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS |

## I. ORDER

The petition for writ of habeas corpus is GRANTED. Respondents concede that Petitioner qualifies for a bond hearing under *Rodriguez Vazquez v. Bostock*, 802 F. Supp. 3d 1297 (W.D. Wash. 2025), *aff'd*, 183 F.4th 1160 (9th Cir. 2026). Dkt. 9 at 3–4. Petitioner's alternative request for immediate release is denied because the primary relief available under *Rodriguez Vazquez* is a bond hearing under 8 U.S.C. § 1226(a). 802 F. Supp. 3d at 1336. To the extent that Petitioner challenges the denial of his asylum claim, the Court cannot consider that argument in these proceedings. While the Ninth Circuit can review the denial of asylum through a petition for review after an appeal to the BIA, that petition for review process is the "exclusive means to challenge an order of removal." *Martinez v. Napolitano*, 704 F.3d 620, 622 (9th Cir.

2012) (citing 8 U.S.C. §§ 1252(a)(5), 1252(b)(9)). As directed below, if Respondents fail to provide Petitioner with a bond hearing within 14 days of this order, they must release him.

Accordingly, the Court ORDERS as follows:

1. The amended petition for writ of habeas corpus (Dkt. 8) is GRANTED. The motion for appointment of counsel contained in the same document is DENIED.

2. Within 14 days of this order, Respondents must either release Petitioner Cesar Eduardo Cisneros Rangel or provide him a bond hearing under 8 U.S.C. § 1226(a).

3. If Petitioner is released, Respondents must return to Petitioner any personal property, including any personal identification document (other than a passport) and any employment authorization document.

4. Nothing in this order prevents an Immigration Judge from granting a request by Petitioner for a continuance in his bond proceedings.

5. The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 25th day of November, 2026.

Tiffany M. Cartwright
United States District Judge